UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TAH EH DOH LAH,

    Petitioner,

v().

PAMELA BONDI, et al.,

    Respondents.

**ORDER**
Civil No. 26-00171(MJD/SGE)

R. Linus Chan, University of Minnesota Law School, Counsel for Petitioner.

Julie Le, Special Assistant United States Attorney, Counsel for Federal Respondents.

This matter is before the Court on Federal Respondents' Request to Extend Briefing Deadline. (Doc. 14.) Petitioner opposes the extension.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Federal Respondents' Request to Extend Briefing Deadline **[Doc. 14]** is **DENIED.**

Date:  January 22, 2026

    s/Michael J. Davis
    Michael J. Davis
    United States District Court