# UNITED STATES DISTRICT COURT

## District of Minnesota

Tah Eh Doh Lah,

**JUDGMENT IN A CIVIL CASE**

Petitioner,

v.

Case Number: 26-cv-171 MJD/SGE

Donald J. Trump, Kristi Noem, David
Easterwood, Pamela Bondi, Todd M. Lyons,

Respondents.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1.  Respondents' Motion to Transfer **[Doc. 4] is DENIED**; and

2.  Ms. Lah's Petition for Writ of Habeas Corpus **[Doc. 1] is GRANTED as follows:**

    a.  Respondents must transfer Petitioner back to the District of Minnesota by January 25, 2026;

    b.  Once back in the District of Minnesota, Respondents must release Petitioner as she is current with all her refugee application obligations and has no criminal record;

    c.  Respondents must complete inspection of Petitioner in Minnesota pursuant to 8 U.S.C. § 1159(a) beginning the week of February 2, 2026;

    d.  Petitioner must not be held in custody overnight or otherwise unduly detained during this inspection;

    e.  Respondents must allow Petitioner access to her counsel during the inspection if she requests; and

f.      Respondents must file a notice confirming that inspection has been completed and identifying the outcome.

g.      If inspection is not feasible in the week of February 2, 2026, Petitioner's counsel shall notify Respondents and provide appropriate documentation.

Date: 1/24/2026                                                     KATE M. FOGARTY, CLERK