# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **TAH L.,**<br><br>*Petitioner,*<br><br>v.<br><br>**DONALD J. TRUMP**, in his official capacity as President of the United States;<br>**KRISTI NOEM**, in her capacity as Secretary of the United States Department of Homeland Security;<br>**TODD M. LYONS**, in his official capacity as Acting Director of the United States Immigration and Customs Enforcement;<br>**PAMELA BONDI**, in her official capacity as Attorney General of the United States;<br>**DAVID EASTERWOOD** in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement;<br><br>*Respondents.* | **ORDER TO ALLOW FILING OF DOCUMENT UNDER SEAL**<br><br>Case NO. 26 CV 0171 MJD/SGE |

The above-entitled matter came before the undersigned on Petitioner's Motion To Allow the Filing of an Exhibit Under Seal. It appearing to this Court that good cause has been shown therefore, the Court makes the following Order:

Petitioner's Motion to File the Exhibit Under Seal **[Doc. 17]** is **GRANTED.**

Dated:  January 24, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court