# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Tah L.,

      Petitioner,

 v.

Trump, et al.,

      Respondents.

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**
Civil File No. 26-00171 (MJD/SGE)

R. Linus Chen, University of Minnesota Detainee Rights Clinic, Counsel for Petitioner.

David W. Fuller, Assistant United States Attorney, Counsel for Respondents.

On January 23, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus and ordered Respondents to, among other things, complete inspection of Petitioner in Minnesota pursuant to 8 U.S.C. § 1159(a) beginning the week of February 2, 2026.  [Doc. 19.]  On March 10, 2026, Petitioner's counsel filed a status report informing the Court that he had tried several times to schedule Petitioner's inspections, but had so far been unsuccessful.  [Doc. 22.]  On March 26, 2026, Respondents' counsel filed a status report stating that he had been informed by DHS that all upcoming Operation PARRIS interviews have been cancelled, and that Petitioner will receive a cancellation notice by mail.

[Doc. 23 at 1.]  Counsel had communicated with Petitioner's counsel, who agreed that this update was sufficient and that no further action is necessary in this case. [Id. at 1-2.]

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Tah L.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET  JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 27, 2026                  s/Michael J. Davis
                                        Michael J. Davis
                                        United States District Court