# UNITED STATES DISTRICT COURT
## District of Minnesota

Tah Eh Doh Lah

Petitioner(s),

v.

Donald J. Trump, Markwayne Mullin, David Easterwood, Pamela Bondi, Todd M. Lyons

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-00171-MJD-SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

that Petitioner Tah L.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

Date: 3/30/2026

KATE M. FOGARTY, CLERK